# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-766
LT Case No. 2019-CF-9051-A

_____

KENNY ELEAZER,

>  Appellant,

>  v.

STATE OF FLORIDA,

>  Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Kenny Eleazer, Milton, pro se.

Ashley Moody, Attorney General, and
Michael Schaub, Assistant Attorney General,
Tallahassee, for Appellee.


August 15, 2023

PER CURIAM.

>  AFFIRMED.


EISNAUGLE, BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____